C. H. Musselman, trading as C. H. Musselman Canning Co., appellee, v. Harry Dushoff, trading as Harry Dushoff & Co., appellant. Gen. No. 28,215.
Action on contract for sale of canned apples. Judgment for plain-

tiff-vendor. Appeal from the Municipal Court of Chicago; the Hon. Lee W. Carrier, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

McNab, Holmes & Long, for appellant. Walter H. Eckert, for appellee.

Mr. Justice Matchett delivered the opinion of the court.